IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**TOMMY FURLOW and JOSH BERRYHILL,**  **PLAINTIFFS**
Each Individually and on behalf of
All Others Similarly Situated

vs.                            No. 5:15-cv-1156-DAE

**BULLZEYE OILFIELD SERVICE, LLC, and**
**KEITH MAXEY, Individually and as an**
Officer of BULLZEYE OILFIELD SERVICE, LLC   **DEFENDANTS**

## JOINT STIPULATION

COME NOW Plaintiffs Tommy Furlow and Josh Berryhill ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through their attorney Josh Sanford of the Sanford Law Firm, PLLC, and Defendants Bullzeye Oilfield Service, LLC, and Keith Maxey, individually and as an officer of Bullzeye Oilfield Service, LLC, by and through their attorney Michael Galo of the Galo Law Firm, P.C., and for their Joint Stipulation of Certain Facts, and in order to simplify the matters in need of determination at trial, do hereby state and bind all parties as follows:

1.      Separate Defendant Keith Maxey ("Maxey") is jointly liable with Defendant Bullzeye Oilfield Services, LLC, for any wage violations that were committed by Defendant Bullzeye Oilfield Services, LLC.

2.      At all times relevant hereto, each Plaintiff and Opt-in Plaintiff has been entitled to minimum wage and overtime wages as provided under the Fair Labor Standards Act.

3.  Defendants did not include Plaintiffs' and Opt-in Plaintiffs' non-discretionary bonuses in the base amount of regular wages when calculating the overtime rate, in violation of 29 CFR § 778.208.

4.  The parties do not agree on how much each Plaintiff and Opt-In Plaintiff is owed.

5.  Each Plaintiff and Opt-In Plaintiff is entitled to an award liquidated damages resulting from Defendants' violations of 29 CFR § 778.208.

        Respectfully submitted,

        **PLAINTIFFS TOMMY FURLOW and JOSH BERRYHILL, Individually and on behalf of All Others Similarly Situated**

        SANFORD LAW FIRM, PLLC
        One Financial Center
        650 South Shackleford Road, Suite 411
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

By:   */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

and

        **BULLZEYE OILFIELD SERVICE, LLC, and KEITH MAXEY, Individually and as an Officer of BULLZEYE OILFIELD SERVICE, LLC**

        Michael V. Galo, Jr., Esq.
        GALO LAW FIRM, P.C.
        4230 Gardendale, Building 401
        San Antonio, Texas 78229
        Telephone: (210) 616-9800
        Facsimile: (210) 616-9898

By:   */s/ Michael V. Galo*
        Michael V. Galo
        Tex. Bar Number 00790734
        mgalo@galolaw.com

## CERTIFICATE OF SERVICE

      I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing STIPULATION has been electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of the Court an electronic copy thereof:

    Michael V. Galo, Jr., Esq.
    GALO LAW FIRM, P.C.
    4230 Gardendale, Building 401
    San Antonio, Texas 78229
    Tel. 210-616-9800
    Fax 210-616-9898
    mgalo@galolaw.com

                                                                           */s/ Josh Sanford*_____
                                                                            **Josh Sanford**