UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TOMMY FURLOW, ET AL., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. SA-15-CV-01156-DAE |
| BULLZEYE OILFIELD SERVICE, LLC, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER SETTING SETTLEMENT CONFERENCE**

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned for non-binding mediation on August 4, 2017 [#38].

**IT IS THEREFORE ORDERED** that this case is set for a Settlement Conference at **9:30 a.m.** on **Wednesday, September 13, 2017** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206. The Court will render a separate written order regarding the requirements and deadline for the parties' pre-mediation submissions.

**IT IS SO ORDERED.**

SIGNED this 8th day of August, 2017.

ELIZABETH S. ("BETSY") CHESTNEY
U.S. MAGISTRATE JUDGE

1