IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**TOMMY FURLOW and JOSH BERRYHILL,**  **PLAINTIFFS**
Each Individually and on behalf of
All Others Similarly Situated

vs.         No. 5:15-cv-1156-DAE

**BULLZEYE OILFIELD SERVICE, LLC, and**
**KEITH MAXEY, Individually and as an**
**Officer of BULLZEYE OILFIELD SERVICE, LLC**         **DEFENDANTS**

## JOINT STATUS REPORT

COME NOW Plaintiffs Tommy Furlow and Josh Berryhill, individually and on behalf of all others similarly situated, by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, and Defendants Bullzeye Oilfield Service, LLC, and Keith Maxey, individually and as an Officer of Bullzeye Oilfield Service, LLC, by and through their attorney Michael V. Galo, Jr., of Galo Law Firm, P.C., and for their Joint Status Report made pursuant to this Court's Order dated January 31, 2018 (ECF No. 45), they do state as follows:

1. On April 4, 2016, this Court granted conditional certification of a collective class of Operators and Hands for Defendants. See Order Granting Conditional Certification (ECF No. 21).

2. Through motions practice and stipulations, the Parties were able to narrow the issues in this case to 1) damages; and 2) attorneys' fees.

3. The Parties participated in a Magistrate-led settlement conference on September 20, 2017, and reached an agreement regarding damages, but they were unable to reach an agreement regarding the amount of a reasonable attorney's fee. See Advisory Regarding Mediation, Filed September 20, 2017 (ECF No. 44).

4. On January 31, 2018, this Court directed the Parties to submit a status report to the Court, which prompted the current filing. See Order for Status Report. ECF No. 45.

5. The Parties will submit a Stipulation to this Court regarding their agreement relating to damages within seven (7) days of the filing of this Joint Status Report.

6. Plaintiffs will submit for this Court's decision a petition for attorneys' fees and costs within fourteen (14) days of the entry of this Court's Order approving of the Parties' Stipulation regarding their settlement on the issue of damages.

Respectfully submitted,

**PLAINTIFFS TOMMY FURLOW and JOSH BERRYHILL, Individually and on behalf of All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By: */s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

|   |   |
|---|---|
| AND | **BULLZEYE OILFIELD SERVICE, LLC, and KEITH MAXEY, Individually and as an Officer of BULLZEYE OILFIELD SERVICE, LLC, DEFENDANTS** |
|  | GALO LAW FIRM, P.C.<br>4230 Gardendale, Building 401<br>San Antonio, Texas 78229<br>Telephone: (210) 616-9800<br>Facsimile: (210) 616-9898 |
|  | */s/ Michael V. Galo, Jr.*<br>Michael V. Galo, Jr.<br>Tex. Bar No. 00790734<br>mgalo@galolaw.com |

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the JOINT STATUS REPORT has been electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of the Court an electronic copy thereof:

Michael V. Galo, Jr., Esq.
GALO LAW FIRM, P.C.
4230 Gardendale, Building 401
San Antonio, Texas 78229
Tel. 210-616-9800
Fax 210-616-9898
mgalo@galolaw.com

                                              */s/ Josh Sanford*
                                              **Josh Sanford**