AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

FILED
JAN 29 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| Tommy Furlow, et.al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-15-CV-1156-DAE |
| Bullzeye Oilfield Services, LLC., et.al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court ADOPTS the Magistrate Judge's Report and Recommendation, The Court hereby GRANTS IN PART Plaintiff's Motion for Award of Attorneys' Fees and Costs. It is therefore ORDERED that Plaintiff be awarded attorneys' fees in the amount of $40,967.82, and costs in the amount of $2,896.47. The Clerk's Office shall enter Judgment and CLOSE this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Alan Ezra.

Date:  01/29/2019

CLERK OF COURT

*Wayne Garcia*
*Signature of Clerk or Deputy Clerk*